# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0589. JOSHUA FOWLER v. THE STATE.

In October 2017, a jury found Joshua Fowler guilty of hijacking a motor vehicle, kidnapping, aggravated assault with a deadly weapon, and other crimes. At that time, Fowler did not file a motion for new trial or notice of appeal. In February 2021, the trial court granted Fowler's motion to file an out-of-time appeal so that he could file a motion for new trial. The trial court ultimately denied Fowler's motion for new trial, and he filed a timely notice of appeal.

Recently, the Supreme Court eliminated the out-of-time appeal procedure in trial courts, holding that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because "there was and is no legal authority for motions for out-of-time appeal in trial courts." *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). The Supreme Court also concluded that this holding applies to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits … should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4).

In light of *Cook*, Fowler had no right to file a motion for an out-of-time appeal in the trial court. *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Nor can the trial court grant him an out-of-time appeal so that he could file a motion for new trial. See *Taylor v. State*, 363 Ga. App. 692, 692-693 (872 SE2d 465) (2022). Accordingly, the trial court's order granting Fowler's motion for an out-of-time appeal is VACATED, and this case is REMANDED for the entry of an order

dismissing Fowler's motion for an out-of-time appeal. Additionally, given that Fowler's motion for an out-of-time appeal was granted in this case, the trial court is directed to vacate any subsequent rulings on filings that the court lacked jurisdiction to decide without the granted out-of-time appeal, such as the August 4, 2021 order denying Fowler's otherwise untimely motion for a new trial. See *Taylor*, supra.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __12/16/2022__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.